THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARSHDEEP JAWANDHA, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br> v.<br><br>ATHIRA PHARMA, INC., DR. LEEN KAWAS, GLENNA MILESON, TADATAKA YAMADA, JOSEPH EDELMAN, JOHN M. FLUKE, JR., JAMES A. JOHNSON, GOLDMAN SACHS & CO. LLC, JEFFERIES LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, and JMP SECURITIES LLC,<br><br>   Defendants. | CASE NO.: 2:21-cv-00862-JCC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND ADJOURN STATUS CONFERENCE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 29, 2021** |

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT
2:21-cv-00862-JCC

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

# STIPULATION

In accordance with Local Civil Rules 7(d)(1) and 10(g), Plaintiff Harshdeep Jawandha ("Plaintiff"), individually and on behalf of all others similarly situated, Defendants Athira Pharma, Inc. ("Athira"), Glenna Mileson, Tadataka Yamada, Joseph Edelman, John M. Fluke, Jr., James A. Johnson, and Leen Kawas (the "Individual Defendants," and with Athira, the "Athira Defendants") and Defendants Goldman Sachs & Co. LLC, Jefferies LLC, Stifel, Nicolaus & Company, Incorporated, and JMP Securities LLC (the "Underwriter Defendants," and with the Athira Defendants, the "Defendants"), by and through their undersigned counsel, submit the following Stipulation and ask the Court to enter an order consistent with this Stipulation:

1. WHEREAS, on June 25, 2021, Plaintiff, individually and on behalf of all others similarly situated, filed a Class Action Complaint for Violations of the Federal Securities Laws against the Defendants in the above-captioned matter (the "Complaint");

2. WHEREAS, on June 25, 2021, two substantially similar Class Action Complaints for Violations of the Federal Securities Laws were filed in this District: one against Athira and Leen Kawas by plaintiffs Fan Wang and Hang Gao, No. 2:21-cv-00861-TSZ (the "Wang Action"), the first complaint filed, and the other against the Defendants by plaintiffs Timothy Slyne and Tai Slyne, No. 2:21-cv-00864-JLR (the "Slyne Action");

3. WHEREAS, Plaintiff served Athira with a summons and the Complaint on July 8, 2021, making Athira's current deadline to respond to the Complaint July 29, 2021; Plaintiff served the Underwriter Defendants with a summons and the Complaint on July 15 (Goldman Sachs & Co. LLC, Jefferies LLC, and Stifel, Nicolaus & Company, Inc.), and July 20 (JMP Securities LLC), making the Underwriter Defendants' current deadline to respond to the Complaint August 5 and August 10, 2021, respectively; and Plaintiff served waivers of service for the Individual Defendants on July 28, 2021;

4. WHEREAS, on June 29, 2021, the Court entered an Order Setting Status Conference (Dkt #5) in the above-captioned matter, setting a status conference for October 12, 2021 at 9:00 AM to discuss (1) an estimated number of days needed for trial, (2) the date by which

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO THE COMPLAINT
2:21-cv-00862-JCC

-1-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

the case will be ready for trial, and (3) whether the parties intend to mediate pursuant to LCR 39.1 (the "Status Order");

5. WHEREAS, this action is governed by the provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Pub. L. 104-67, 109 Stat. 737, 15 U.S.C. §77z-1 *et seq.*, which requires, among other things, Plaintiff to publish notice advising members of the putative class of the pendency of the action, and provides that any member of the putative class may move the Court to serve as lead plaintiff within 60 days after the notice is published;

6. WHEREAS, in accordance with the PSLRA, counsel for Plaintiff published notice of the pendency of the action on June 25, 2021, thereby setting the deadline for filing a motion seeking to be appointed as lead plaintiff in the above-captioned action as August 24, 2021;

7. WHEREAS, the parties anticipate that this action will be consolidated with the Wang and Slyne Actions, a Lead Plaintiff will be appointed, the Lead Plaintiff will file a consolidated complaint superseding the previously filed complaints, including the Complaint, and Defendants will move to dismiss;

8. WHEREAS, pursuant to the PSLRA, all discovery and other proceedings are stayed during the pendency of any motion to dismiss;

9. WHEREAS, the parties agree that efficiency for the Court and the parties in proceeding under the PSLRA dictates that responding to the current Complaint should be deferred.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, subject to the approval of this Court, that:

1. In the interests of judicial economy and preserving the resources of the parties and the Court, the parties agree that no answer, motion, or other response to the Complaint shall be due until after a Lead Plaintiff is appointed, Lead Counsel is approved, and Lead Plaintiff has had the opportunity to prepare or designate a post-appointment consolidated complaint, provided that Defendants do not otherwise respond to the complaint in the Wang or Slyne Actions or a complaint in any other class action lawsuit in this District arising under the PSLRA asserting the same or

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**
2:21-cv-00862-JCC

-2-

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1. substantially the same claims against the same Defendants prior to the appointment of Lead Plaintiff and approval of Lead Counsel;

2. The October 12, 2021 status conference as set forth in the Status Order is adjourned for the time being;

3. Within fourteen (14) days of the Court's Order for the appointment of Lead Plaintiff and approval of Lead Counsel, pursuant to 15 U.S.C. § 77z-1(a)(3)(B), Lead Plaintiff and the Defendants shall meet and confer and submit a schedule for the filing of a consolidated complaint or designation of an operative complaint, and a briefing schedule for Defendants' anticipated motion(s) to dismiss;

4. This Stipulation is entered into without prejudice to any party seeking any interim relief, and nothing in this Stipulation shall be construed as a waiver of any of the Defendants' or Plaintiff's rights or positions in law or in equity, or as a waiver of any defenses that the Defendants would otherwise have, including, without limitation, jurisdictional defenses, except as to sufficiency of service.

Dated: July 29, 2021

Respectfully submitted,

s/ Gregory L. Watts
Gregory L. Watts, WSBA #43995
John C. Roberts Jr., WSBA #44945
Jennifer E.K. Kendrex, WSBA #55596
Tyre L. Tindall, WSBA #56357
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com
Email: jroberts@wsgr.com
Email: jkendrex@wsgr.com
Email: ttindall@wsgr.com

*Attorneys for Defendants Athira Pharma, Inc., Glenna Mileson, Tadataka Yamada, Joseph Edelman, John M. Fluke, Jr., and James A. Johnson*

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**
2:21-cv-00862-JCC

-3-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

|   |   |
|---|---|
| 1 |   |
| 2 | s/ Sean C. Knowles |
|   | Sean C. Knowles, WSBA #39893 |

```
                                    s/ Sean C. Knowles
                                    Sean C. Knowles, WSBA #39893
                                    PERKINS COIE LLP
                                    1201 Third Avenue, Suite 4900
                                    Seattle, WA  98101-3099
                                    Telephone: (206) 359-6224
                                    Facsimile:  (206) 359-7224
                                    Email:  sknowles@perkinscoie.com

                                    Attorney for Defendant Dr. Leen Kawas


                                    s/ Anthony Todaro
                                    Anthony Todaro, WSBA #30391
                                    DLA PIPER LLP
                                    701 Fifth Avenue Suite 6900
                                    Seattle, WA  98104-7029
                                    Telephone: (206) 839-4800
                                    Facsimile:  (206) 494-1802
                                    Email:  anthony.todaro@dlapiper.com

                                    Attorney for the Underwriter Defendants


                                    s/ Benjamin T.G. Nivison
                                    Benjamin T.G. Nivison, WSBA #39797
                                    ROSSI VUCINOVICH, P.C.
                                    1000 Second Avenue, Suite 1780
                                    Seattle, WA  98104
                                    Telephone: (425) 646-8003
                                    Facsimile:  (206) 682-8004
                                    Email:  bnivison@rvflegal.com


                                    s/ Pavithra Rajesh
                                    GLANCY PRONGAY & MURRAY LLP
                                    Robert V. Prongay
                                    Charles H. Linehan (pro hac vice pending)
                                    Pavithra Rajesh (admitted pro hac vice)
                                    1925 Century Park East, Suite 2100
                                    Los Angeles, CA  90067
                                    Telephone: (310) 201-9150
                                    Facsimile:  (310) 201-9160
                                    Email:  rprongay@glancylaw.com
                                    Email:  clinehan@glancylaw.com
                                    Email:  prajesh@glancylaw.com
```

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**
2:21-cv-00862-JCC

-4-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**THE PORTNOY LAW FIRM**
Lesley Portnoy
1800 Century Park east, Suite 600
Los Angeles, CA 90067
Telephone: (310) 692-8883
Email: lesley@portnoylaw.com

*Attorneys for Plaintiff*

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**
2:21-cv-00862-JCC

-5-

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

DATED this 29th day of July 2021.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Gregory L. Watts
Gregory L. Watts, WSBA #43995
John C. Roberts Jr., WSBA #44945
Jennifer E.K. Kendrex, WSBA #55596
Tyre L. Tindall, WSBA #56357
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Facsimile:  (206) 883-2699
Email:  gwatts@wsgr.com
Email:  jroberts@wsgr.com
Email:  jkendrex@wsgr.com
Email:  ttindall@wsgr.com

*Attorneys for Defendants Athira Pharma, Inc.,
Glenna Mileson, Tadataka Yamada,
Joseph Edelman, John M. Fluke, Jr.,
and James A. Johnson*

**STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO THE COMPLAINT**
2:21-cv-00862-JCC

-6-

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699